IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | ] |
|---|---|
| (Fictitious Party) | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
| Beneficiary | ] |

## REQUEST FOR GRAND JURY TRANSCRIPT

Comes Now, Denny-Ray: Hardin, sui juris to request a copy of the Grand Jury Transcript within Rule 16 (a) (3). Rule 16 (e) (2) (E) the court may authorize disclosure-(ii) at the request of a defendant who shows that a ground may exist to dismiss the indictment because of a matter that occurred before the grand jury. I believe U.S. Attorney and FBI Agent Van Cycle have "lied" and made "False declarations before the Grand jury and court." 18 USC 1623 to obtain the "Indictment" through "Fraud" 18 USC 1001,and "Perjury" 18 USC 1621. For this reason, I request the witness statements to the Grand Jury be produced under Rule 26.2 (a). Unless the "Indictment" was lawfully obtained, this came must be dismissed.



Denny- Ray: Hardin, sui juris
All rights reserved UCC1-308
Formally UCC1-207