IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA    ]

(Fictitious Party)    ]

        Plaintiff    ]

    ]

v.    ] Case No. 4:10-cr-00131-FJG-1

    ] (Cestui Que (Vie) Trust)

Denny-Ray: Hardin, sui juris    ]

(Real Party of Interest)    ]

        Beneficiary    ]

## MOTION FOR COPY OF COMPLAINT

Comes Now, Denny-Ray: Hardin, sui juris within Rule 3, of the Federal Rules of Criminal Procedure, to request a copy of the Complaint. Because Defendant was arrested without a warrant, Rule 5 (b) states the Court must have a complaint that meets Rule 4 (a)'s requirement of probable cause. Rule 5 (d) (1) Advice. If the defendant is charged with a Felony the Judge must inform the defendant…Rule 5 (d) (1) (A) the Complaint against the defendant and any affidavit filed with it;…The "Indictment" is not signed under the penalty of perjury and therefore fails to meet the 4th Amendment requirement of Probable Cause. If no lawful "Complaint" is present this case must be dismissed.



Denny-Ray: Hardin, sui juris
All rights reserved UCC1-308
Formally UCC1-207