IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI


| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| (Fictitious Party) | ] |
|       Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
|       Beneficiary | ] |


## MOTION FOR DISCOVERY

Comes Now, Denny-Ray: Hardin, sui juris within Rule 12 (b) (3) (E) to "Motion For Discovery". Rule 16 (1) (A) through (G) provides all the discoverable evidence. In addition, I motion for a list of all Prosecution witnesses within Rule 12 (a) (2) and their "Complaints" signed under penalty of perjury within Rule 3. I request a copy of all warrants issued in this case within Rule 4 & 5. I request a black & white copy of all original "Bonded Promissory Notes" the prosecution plants to introduce at trial. All bonds introduced at trial must be original within UCC3-207 any color copy of a bond will be deemed "Counterfiet" and the Secret Service will be called to investigate. I request copies of everything I am entitled to within the Discovery process.



Denny- Ray: Hardin, sui juris
All rights reserved UCC1-308
Formally UCC1-207