IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | ] |
| --- | --- |
| (Fictitious Party) | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
| Beneficiary | ] |

## MOTION FOR STATEMENT OF JURISDICTION

Comes now, Denny-Ray: Hardin, sui juris to motion the court to state it's true jurisdiction, within the "15 Statues at large". The court may hear a claim that the "Indictment" fails to envoke the court's jurisdiction, Rule 12 (b) (3) (B) as a Motion alleging a defect in the "Indictment". Defendant requested a true statement of the Court's Jurisdiction on May 10th and again on May 13th and the court failed to state its jurisdiction. Defendant has the right to a court of proper jurisdiction or a dismissal for lack of jurisdiction.



Denny –Ray: Hardin, sui juris<br>
All rights reserved UCC1-308<br>
Formally UCC1-207