IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| (Fictitious Party) | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
| Beneficiary | ] |

## MOTION FOR RULE 12.4 DISCLOSURE STATEMENTS

Comes Now, Denny-Ray: Hardin, sui juris for the "Disclosure Statements", required by Rule 12.4 (b) (1) to be filed upon the defendant's initial appearance. Rule 12.4 (a) (1) requires all "non governmental Corporate parties" and (2) all "Organizational victims" to disclose their lawful status. This lawful requirement is to establish "Principals" from "Agents". Only "Principals" can give testimony in court and testify as to debt that is owed.

Wherefore, Defendant demands identification of all "Corporate" witnesses for the Prosecution.



Denny-Ray: Hardin, sui juris
All rights reserved UCC1-308
Formally UCC1-207