IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| (Fictitious Party) | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
| Beneficiary | ] |

NOTICE OF PUBLIC-AUTHORITY DEFENSE

Comes Now, Denny-Ray: Hardin, Sui Juris to inform the U.S. Attorney and Clerk of the Court, as required by Rule 12.3, of his "Public-Authority Defense". At all times relative to the "Indictment", Denny-Ray:Hardin, was acting within the "Fair Debt Collection Act" 15 USC 1692 and has filed numerous Complaints with the "Federal Trade Commission", "Comptroller of the Currency" and "Office of Thrift Supervision". These Complaints were filed against Banks, Mortgage Companies and other financial institutions for their "Interference with Commerce by threats or violence" 18 USC 1951, "Extortion" 18 USC 1951 (b) (2) and "Robbery" 18 USC 1951 (b) (1). Because the "Federal Trade Commission" "Comptroller of the currency" and "Office of Thrift Supervision" has failed to perform within the laws of commerce, Complaints against these "law enforcement agencies" have been filed with the "Universal Postal Union"

(International Regulator of Commerce) who is currently investigating the complaints. I believe the "Financial Reform" currently happening in Washington is a direct result of these complaints. The following is the required information of this Notice:

(A). The law enforcement agency who regulates Financial Institutions is as follows: Authority 15 USC 1692 (o)

(A&B). 1). "Secretary of the Treasury"/"Governor of the Bank & Fund"

    2) "Director of the "Federal Trade Commission".

    3) Director of the "Comptroller of the Currency".

    4) Director of the "Office of Thrift Supervision".

(C). I started working with these "agencies" in July 2008 and filed my last Complaint with them in August 2009.

> Note: All of my complaints were filed to the head of that "agency" by their title; their response letters are evidence of their action to begin an investigation. There are over 100.

This "Fair Debt Collection Act" establishes the lawful Obligation the U.S. Attorney claims to be a "Fictitious Obligation" 18 USC 514.



Denny-Ray : Hardin, sui juris<br>
All rights reserved UCC1-308<br>
Formally UCC1-207

IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | ] |
|---|---|
| (Fictitious Party) | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
| Beneficiary | ] |

## Certificate of Service

I Denny-Ray: Hardin do hereby certify that a copy of the attached Motion <u>NOTICE OF PUBLIC-AUTHORITY DEFENSE</u> was mailed by certified mail on this 1st day of June 2011 to the following:

Eric H. Holder, Jr
DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, District of Columbia
20530-0001
Certified Mailing # 7009 0960 0000 9901 3021

Brian Patrick Casey
United States Attorney's Office
400 E. 9th St., 5th Floor
Kansas City, MO 64106
Certified Mailing # 7009 0960 0000 9901 2857



Denny-Ray: Hardin, sui juris

All rights reserved UCC 1-308

Formally UCC1-207