Denny-Kay Hardin #22264045
C/o CCA Leavenworth
100 Highway Terrace
Leavenworth, KS
66048

United States District Court for the Western
Office of the Clerk
400 E. 9th Street
Kansas City, Missouri
64106-0089

7011 0110 0001 5361 3202

