
*Exhibit 2*

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request   How to Form a New Business Entity
Certifications
Apostilles & Authentication of Documents

Frequently Asked Questions    View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 0642405 | Incorporation Date / Formation Date: | **06/14/1966** (mm/dd/yyyy) |
| Entity Name: | **F. B. I., INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **INACTIVE AGENT ACCOUNT** | | |
| Address: | **SECRETARY OF STATE TOWNSEND BLDG** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **199011234** |
| Phone: | **(302)739-3138** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like   Status   Status, Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

https://delecorp.delaware.gov/tin/controller                                                    6/15/2011

Case 4:10-cr-00131-GAF   Document 96-3   Filed 06/20/11   Page 1 of 1