

U. S. Department of Justice

*Beth Phillips*
*United States Attorney*
*Western District of Missouri*

*Charles Evans Whittaker Courthouse*    *(816) 426-3122*
*400 East 9th Street, Fifth Floor*    *FAX (816) 426-4210*
*Kansas City, Missouri 64106*

June 17, 2011

Denny Ray Hardin, *Pro Se*
Register No. 22264-045
CCA
100 Highway Terrace
Leavenworth, KS 66048

Re:    *United States v. Denny Ray Hardin*, No. 10-00131-01-CR-W-FJG

Dear Mr. Hardin:

    Enclosed with this letter is one disc containing documents produced in the above-captioned case beginning with the bates numbers HARDIN_BX01 and HARDIN_BX02.

    Discovery in criminal cases is furnished to you with the understanding that you will not disseminate or copy the material in any fashion. You are free to review and otherwise work with the discovery where it is made available to you by the United States Marshals Service, but copies of the discovery cannot be given to any other person, nor is the discovery or any part of it to be copied or disseminated in any manner, to include any paper or electronic reproduction. Furthermore, upon conclusion of the case, you are required to return to us all the discovery production you receive from our office.

    Please sign a copy of this letter and provide it to the Marshals Service. Upon your signature, the Marshals service will provide you the passwords required to access the items described above.

Sincerely,

Brian P. Casey
Assistant United States Attorney

I agree to the conditions of production stated above.

_____      _____
Dated                                        Denny Ray Hardin