

U. S. Department of Justice

*Beth Phillips*
*United States Attorney*
*Western District of Missouri*

*Charles Evans Whittaker Courthouse*  (816) 426-3122
*400 East 9th Street, Fifth Floor*  FAX (816) 426-4210
*Kansas City, Missouri 64106*

June 27, 2011

Denny Ray Hardin, *Pro Se*
Register No. 22264-045
CCA
100 Highway Terrace
Leavenworth, KS 66048

Re:  *United States v. Denny Ray Hardin*, No. 10-00131-01-CR-W-FJG

Dear Mr. Hardin:

Enclosed with this letter is the United States's second production of documents and electronic materials in this case. This production supplements the production of one disc containing documents with the bates numbers beginning HARDIN_BX01 and HARDIN_BX02 that was provided to the United States Marshals Service for your review on June 17, 2011. The following materials are enclosed with this letter:

1. One box containing paper documents with the bates numbers HARDIN_BX01_000001 to HARDIN_BX01_002228. These documents are duplicates of documents previously provided to you in .pdf format, and are produced in response to your request for paper documents. As a courtesy, an index of these documents is included with this letter as Attachment A.

2. One box containing paper documents with the bates numbers HARDIN_BX02_000001 to HARDIN_BX02_002028. These documents are duplicates of documents previously provided to you in .pdf format, and are produced in response to your request for paper documents. These are additional documents obtained by law enforcement during the investigation.

3. One DVD labeled HARDIN_MEDIA_DISC001 containing evidence obtained by search warrant regarding the website www.americansrepublicparty.org. The DVD contains the results of the Heart of America Regional Computer Forensic Laboratory's analysis of the data received by law enforcement in response to the search warrant.

The following directions explain how documents and images can be viewed on the DVD:
    a. Place DVD in Drive
    b. Go to START and click on MY COMPUTER
    c. Double click on the appropriate drive where the DVD is located
    d. Right click on the icon SITE
    e. Click on Open
    f. Double Click on the ATTACHMENTS Icon
    g. Click on either the FILE icon or IMAGE icon
    h. Material is located in stand alone documents or inside folders within the FILE and IMAGE folders.

The following directions explain how the contents of the DVD can be viewed as website:
    a. Place DVD in Drive
    b. Go to START and click on MY COMPUTER
    c. Double click on the appropriate drive where the DVD is located
    d. Double click on AutorunPro.EXE
    e. Click on RCFL symbol
    f. Click NavRoad HTML Viewer
    g. Click OPEN, then click LOOKIN, then select HAR-09-502
    h. Click SITE and change FILES OF TYPE to ALL FILES
    I. Open file named index.php or any PHP or HTML file

4. One CD labeled HARDIN_MEDIA_DISC002 containing evidence obtained by search warrant from the computers and electronic media seized from the defendant's residence. The DVD contains the results of the Heart of America Regional Computer Forensic Laboratory's analysis of the data seized pursuant to the search warrants. The following directions explain how documents and images can be viewed on the DVD:
    a. Place DVD in Drive
    b. Go to START and click on MY COMPUTER
    c. Double click on the appropriate drive where the DVD is located
    d. Double click on AutorunPro.EXE
    e. Click on RCFL symbol

5. Three CDs containing telephone calls obtained from the Moberly Correctional Center. The CD labeled HARDIN_MEDIA_DISC003 contains calls from August 13, 2009, to August 13, 2009; the CD labeled HARDIN_MEDIA_DISC004 contains calls from September 1, 2009, to September 4, 2009; and the CD labeled HARDIN_MEDIA_DISC005 contains calls from September 5, 2009, to September 11, 2009. Instructions for playing the calls are as follows:
    a. Place CD in Drive
    b. Go to START and click on MY COMPUTER
    c. Double click on the appropriate drive where the CD is located
    d. Right click on the icon HTAselector
    e. Click on Open
    f. Click on the Speaker Icon

6. One CD labeled HARDIN_MEDIA_DISC006 containing telephone calls obtained from the Federal Bureau of Prisons. The calls were from June 7, 2010, to June 12, 2010. Instructions for playing the calls are as follows:
    a. Place CD in Drive
    b. Go to START and click on MY COMPUTER
    c. Double click on the appropriate drive where the CD is located
    d. Double click any WAV file or double click index.htm and click Phone Icon

7. One DVD labeled HARDIN_MEDIA_DISC007 containing certain photographs, audio recordings, and video recordings obtained during the investigation. The items contained on the DVD are as follows:
    a. A folder labeled HARDIN_PHOTOS that contains images labeled HARDIN_PHOTO_000001 to HARDIN_PHOTO_000132.
    b. A folded labeled HARDIN_VIDEOS that contains videos labeled HARDIN_VIDEO_000001 and HARDIN_VIDEO_000002, which are video recordings of an interview of the defendant by Hope Peterson.
    c. A folder labeled TalkShoe Website that contains one document titled Registrant.doc and eight audio files.
    d. One Excel spreadsheet labeled Seized Documents.xls that is an index of the paper documents seized from the defendant's residence.

EXHIBIT 2

In addition to the documents and media described above, two other documents are enclosed with this letter. The first is a document that provides information about the ownership of corporate victims in accordance with Federal Rule of Criminal Procedure 12.4. The second document is a draft transcript of the video-recorded interview of the defendant by Hope Peterson that is included on the DVD labeled HARDIN_MEDIA_DISC007 and is described at item 7 above.

As stated in my prior letter, discovery in criminal cases is furnished to you with the understanding that you will not disseminate or copy the material in any fashion. You are free to review and otherwise work with the discovery where it is made available to you by the United States Marshals Service, but copies of the discovery cannot be given to any other person, nor is the discovery or any part of it to be copied or disseminated in any manner, to include any paper or electronic reproduction. Furthermore, upon conclusion of the case, you are required to return to us all the discovery production you receive from our office.

Please sign a copy of this letter and provide it to the Marshals Service. Upon your signature, the Marshals service will provide you the items described above.

Sincerely,

Brian P. Casey
Assistant United States Attorney


I agree to the conditions of production stated above.

_____     _____
Dated                                Denny Ray Hardin

Attachments/enclosures

cc (w/o enclosures 1 and 2):   Anita L. Burns

# ATTACHMENT A

| Description | Beginning Bates No. | Ending Bates No. |
|---|---|---|
| Reports of Interviews prepared by Law Enforcement | HARDIN_BX01_000001 | HARDIN_BX01_000172 |
| Grand Jury Transcripts and Exhibits | HARDIN_BX01_000173 | HARDIN_BX01_000284 |
| Documents related to BPN issued to the Ray County Prosecutor's Office | HARDIN_BX01_000285 | HARDIN_BX01_000373 |
| Documents related to BPN issued to the Clay County Prosecutor's Office | HARDIN_BX01_000374 | HARDIN_BX01_000415 |
| Documents related to BPN issued to The Bank of Orrick | HARDIN_BX01_000416 | HARDIN_BX01_000503 |
| Documents related to BPN issued to Chicago Title Insurance Company | HARDIN_BX01_000504 | HARDIN_BX01_000622 |
| Documents related to BPN issued to Blue Ridge Imports, Inc. | HARDIN_BX01_000623 | HARDIN_BX01_000759 |
| Documents related to BPN issued to Balcom Law Firm, P.C. | HARDIN_BX01_000760 | HARDIN_BX01_000765 |
| Documents related to BPN issued to Gary Crossley Ford | HARDIN_BX01_000766 | HARDIN_BX01_000799 |
| Documents related to BPN issued to GESA Credit Union | HARDIN_BX01_000800 | HARDIN_BX01_000822 |
| Documents related to BPN issued to The Washington Savings Bank | HARDIN_BX01_000823 | HARDIN_BX01_000852 |
| Documents related to BPN issued to Marine Credit Union | HARDIN_BX01_000853 | HARDIN_BX01_000858 |
| Documents related to BPN issued to Virginia Old | HARDIN_BX01_000859 | HARDIN_BX01_000875 |
| Documents related to BPN issued to Ray, Wood, & Bonilla | HARDIN_BX01_000876 | HARDIN_BX01_000945 |
| Documents related to BPNs issued for student loans of Harrington and Hardin | HARDIN_BX01_000946 | HARDIN_BX01_001330 |
| Documents related to BPNs issued for student loans of Stillwell (Hardin) | HARDIN_BX01_001331 | HARDIN_BX01_001623 |
| Documents obtained from trash pull of defendant's residence | HARDIN_BX01_001624 | HARDIN_BX01_001761 |
| Contents of Composition Book seized pursuant to a search warrant | HARDIN_BX01_001762 | HARDIN_BX01_001814 |

EXHIBIT 2

| | | |
|---|---|---|
| Call logs and letters obtained from Moberly Correctional Center | HARDIN_BX01_001815 | HARDIN_BX01_001878 |
| Registered and certified mail receipts and confirmations | HARDIN_BX01_001879 | HARDIN_BX01_001887 |
| Documents obtained from Jackson County | HARDIN_BX01_001888 | HARDIN_BX01_001927 |
| Documents obtained from Moberly Correctional Center | HARDIN_BX01_001928 | HARDIN_BX01_001934 |
| Document listing law enforcement personnel and judges | HARDIN_BX01_001935 | HARDIN_BX01_001944 |
| Print-out of pages on the website www.americansrepublicparty.org | HARDIN_BX01_001945 | HARDIN_BX01_001970 |
| Documents sent by defendant to law enforcement and the courts | HARDIN_BX01_001971 | HARDIN_BX01_002127 |
| Assorted documents obtained during the investigation | HARDIN_BX01_002128 | HARDIN_BX01_002167 |
| Documents obtained from the Federal Bureau of Prisons | HARDIN_BX01_002168 | HARDIN_BX01_002228 |

EXHIBIT 2