# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

**Order:**
**Charges dismissed with prejudice**

UNITED STATES OF AMERICA                             Plaintiff

        VS        Case number 4:10-cr-00131-FJG-1

Denny-Ray: Hardin                                    Defendant
All rights reserved **UCC 1-308**
Special appearance

**Order: Charges dismissed with prejudice**

   A self executing verified jurisdictional challenge to the prosecution and court was entered into the court record on **June 21, 2011.** A generous three (3) days was given for response. Having no response from the above mentioned respondents, a contract has now been perfected by acquiescence. Wherefore, as per the self

executing jurisdictional challenge, **the following has now been ordered.**

"A non-response and/or failure to provide proof of jurisdiction will constitute agreement that your jurisdiction, charges, and demands brought against **Denny-Ray: Hardin**, sui juris are void, false, fraudulent and treasonous.

Failure and/or refusal to bring forth such 'proof of claim' will place you in dishonor, and thus constitute an admission of false claims, damages and injury to **Denny-Ray: Hardin**, sui juris. And further you have agreed to return all funds and property collected from **Denny-Ray: Hardin**, sui juris. And further agreement by you, to dismiss all charges with prejudice.

Failure and/or refusal to bring forth such "proof of jurisdiction" is acquiescence, agreement that the court and the prosecution, et al has no jurisdiction and all charges are fraudulent and treasonous without objection."

**It is so ordered.**

## SUBMITTED BY AFFIDAVIT

Affiant, **Denny-Ray: Hardin**, Sui Juris, a natural Citizen of the republic, living in the republic, a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct complete and not misleading, the truth, the whole truth and nothing but the truth.

This Affidavit is dated June 28, 2011

**Explicitly All Rights explicitly reserved UCC 1-308/1-207**

**Denny-Ray: Hardin**, Sui Juris

## NOTARY PUBLIC

STATE   Missouri

COUNTY   Jackson

Subscribed and sworn to before Me, a Notary Public, the above signed   Denny-Ray Hardin   this   28   day of   June   , 2011

_____
Notary Public
My Commission Expires:
3/4/2012

Diana Cowing - Notary Public
Notary Seal, State of
Missouri - Jackson County
Commission #08474228
My Commission Expires 3/4/2012

# CERTIFICATE OF SERVICE

I, **Denny-Ray: Hardin**, Sui Juris hereby state that on 20th day of June, 2011 that a true and correct copy of the Jurisdictional challenge was mailed to the following created persons:

Person of BRIAN P. CASEY, Assistant US Attorney and Agent
400 East Ninth Street
5th Floor
Kansas City, MO. 64106
Phone: 816-426-4138
Certified # 7009 0960 0000 9901 2932

**Explicitly All Rights explicitly reserved UCC 1-308/1-207**



**Denny-Ray: Hardin**, Sui Juris

## NOTARY PUBLIC

STATE  Missouri

COUNTY  Jackson

Subscribed and sworn to before Me, a Notary Public, the above signed _Denny-Ray Hardin_ this _28_ day, _June_ month _2011_ Year.

_____
Notary Public
My Commission Expires:
3/4/2012

Diana Cowing - Notary Public
Notary Seal, State of
Missouri - Jackson County
Commission #08474228
My Commission Expires 3/4/2012