IN THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| (Fictitious Party) | ] |
|     Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
|     Beneficiary | ] |

Answer to Plaintiff's Response to Defendant's Motions Requesting Discovery

Comes Now, Denny-Ray: Hardin, sui juris, as an American National born within the Republic of Missouri within the Republic of the united States of America as a "Beneficiary" of the "Cestui Que (Vie) Trust" also known as the "Constitution for the United States of America." Brian Casey again promises to meet all his lawful obligations where Discovery is required but fails to provide any of that discovery. It seems Brian Casey and Magistrate Robert E. Larsen are working in concert to deny discovery. Denny-Ray: Hardin has filed the following requests for discovery:

    A. Request for Grand Jury Transcript (Doc. 64)
    B. Motion for Discovery (Doc. 66)
    C. Motion for Statement of Jurisdiction (Doc. 67)
    D. Motion for Rule 12.4 Disclosure Statements (Doc. 68)

1

Brian Casey was given until 6/15/2011 to respond to Discovery and all that is provided is a lame excuse for not producing. Brian Casey requested an extension of time from June 10, 2011 until June 15, 2011 to answer discovery. Brian Casey has clearly failed to meet his discovery obligations, or acted with malice, intent and knowledge to hinder the Defense in its preparation for trial. Brian Casey clearly promises to make all discovery available but fails to meet one requirement of this process. Denny-Ray: Hardin can only assume Brian Casey is waiting for the outcome of the Suppression Hearing scheduled May 23, 2011 to comply with Discovery. To date no Discovery has been disclosed and no documentation received.

Conclusion

Brian Casey has not established jurisdiction or any evidence of his claims in this cause of action for over a year. It would appear that if he had a legitimate Case he could establish jurisdiction and produce discovery. The evidence acquired by Nathan VanSickle posing as a "Federal law enforcement officer" unlawfully exercising police powers puts Brian Casey's whole case in jeopardy. But rather than do the right thing and dismiss this cause of action Brian Casey continues unlawful incarceration of Denny-Ray: Hardin to inflict further harm without just cause. Either Brian Casey can establish jurisdiction and produce the elements of his claims or he is defrauding this court of time, money and attention to examine a fraudulent case. It is time Brian Casey was ordered to produce all discovery under Rule 16, establish all jurisdiction on the record or this case must be dismissed.

Statement of Truth

The foregoing is true and correct to the best of my knowledge and beliefs under the penalty of perjury. The right to amend is reserved for the truth to be clearly stated.

**"FOR THE RECORD, I SWEAR TO INNOCENCE BEFORE MY CREATOR."**



Denny-Ray: Hardin, Sui Juris

All rights reserved UCC1-308

Formally UCC1-207

3