THE UNITED STATES FEDERAL DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| (Fictitious Party) | ] |
| Plaintiff | ] |
| | ] |
| v. | ] Case No. 4:10-cr-00131-FJG-1 |
| | ] (Cestui Que (Vie) Trust) |
| Denny-Ray: Hardin, sui juris | ] |
| (Real Party of Interest) | ] |
| Beneficiary | ] |

## JUDICIAL NOTICE OF COMPLAINING WITNESS TO TREASON

Comes now, Denny-Ray:Hardin, sui juris to give Judicial Notice to Fernando J. Gaitan, Jr., Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle to the attached affidavits of complaining witnesses to treason.

Statement of Truth

The foregoing is true and correct to the best of my knowledge and beliefs under the penalty of perjury. The right to amend is reserved for the truth to be clearly stated.

**"FOR THE RECORD, I SWEAR TO INNOCENCE BEFORE MY CREATOR."**



Denny-Ray: Hardin, Sui Juris

All rights reserved UCC1-308

Formally UCC1-207

## Certificate of Service

I Denny-Ray: Hardin do hereby certify that a copy of the attached Motion; <u>JUDICIAL NOTICE OF COMPLAINING WITNESS TO TREASON</u> was mailed by certified mail on this 29th day of June 2011 to the following:

Fernando J. Gaitan Jr.
Chief District Judge
United States Federal District Court
for the Western District of Missouri
400 E. 9th St, Room 7552
Kansas City, Missouri 64106
Certified Mailing # 7009 0960 0000 9901 0495

Robert E. Larsen
Chief Magistrate Judge
United States Federal District Court
for the Western District of Missouri
400 E. 9th Street, Room 6652
Kansas City, MO 64106
Certified Mailing # 7009 0960 0000 9901 0501

Brian Patrick Casey
United States Attorney's Office
400 E. 9th St.
5th Floor
Kansas City, MO 64106
Certified Mailing # 7009 0960 0000 9901 0518

Anita L Burns
Stand-By Counsel as of 5/27/11
Federal Public Defender Office
818 Grand
Ste 300
Kansas City, MO 64106
Certified Mailing # 7009 0960 0000 9901 0525

Patrick D. Daly
U.S. Attorney's Office
400 E. 9th Street
Ste. 5510
Kansas City, MO 64106
Certified Mialing # 7009 0960 0000 9901 0532

Nathan Holmes Vansickle  
Special Agent  
c/o FEDERAL BUREAU OF INVESTIGATION  
1300 Summit Street  
Kansas City, MO 64105  
Certified Mailing # 7009 0960 0000 9901 0549

United States Office of Personal Management  
1900 E. Street  
NW Washington, DC. 20415  
Certified Mailing # 7009 0960 0000 9901 0556

United States House of Representatives  
Committee on the Judiciary  
Chairman Lamar Smith  
2138 Rayburn House Office Building  
Washington, DC. 20515  
Certified Mailing # 7009 0960 0000 9901 0563



Denny-Ray: Hardin, sui juris

All rights reserved UCC 1-308

Formally UCC1-207

Exhibit 1

## Affidavit of Complaining Witness to Treason.

I, Denny-Ray: Hardin, sui juris do hearby declare that the following is the truth, the whole truth, and nothing but the truth, so help me GOD. I declare this affidavit is true, correct, complete and not misleading under the penalty of perjury. Should any fact presented be found to be untrue by facts, law and evidence, Denny-Ray: Hardin reserves the right to amend for the truth to be fully stated.

1. FOR THE RECORD, This affidavit is being prepared under the "Constitution for the united States of America" within the 1st Amendment that secures the right to "petition for the redress of grievances".

2. FOR THE RECORD, This affidavit lawfully challenges the untruthful conduct of Fernando J. Gaitan, Jr., Robert E. Larsen, Brian P. Casey, Nathan Holmes Vansickle, Patrick Daly and Anita Burns who engaged in acts of "treason" under Article III, Section 3, as foreign agents and enemies of the United States fraudulently conducting judicial process in an Administrative court.

3. FOR THE RECORD, Fernando J. Gaitan, Jr., and Robert E. Larsen have held Denny-Ray: Hardin in involuntary servitude since May 10, 2011 without complaint; to establish probable cause for warrant required by the 4th Amendment clearly violating the 13th Amendment.

4. FOR THE RECORD, Brian P. Casey, Patrick Daly and Anita Burns have conspired to allow Nathan Holmes Vansickle to impersonate a "federal law enforcement officer" by not lawfully challenging the arrest of Denny-Ray: Hardin without warrant, that deprived Denny-Ray: Hardin of his liberty without due process of law in violation of the 5th Amendment.

5. FOR THE RECORD, Fernando J. Gaitan, Jr., Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle have worked in conspiracy to keep Denny-Ray: Hardin incarcerated under fradulent law known as "Title 18" (Not Positive Law) and worked in consert to deny, delay and refuse Denny-Ray: Hardin his 6th Amendment right to a speedy trial.

6. FOR THE RECORD, Fernando J. Gaitan, Jr., Robert E. Larsen, Brian P. Casey, Anita Burns and Nathan Holmes Vansickle have refused to produce the complaint necessary to meet Rule 17 of Ratification of Commencement required by the 6th Amendment that states, "In all criminal prosecutions the accused shall enjoy the right… to be informed of the nature and cause of the accusation…"

7. FOR THE RECORD, Fernando J. Gaitan, Jr. Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle have worked in concert to deny Denny-Ray: Hardin bail and inflict cruel and unusual punishment resulting in 160 days of solitary confinement, bodily harm of broken nose, broken jaw, and fractured eye socket and deprevation of life, liberty and the pursuit of happiness in violation of the 8th Amendment.

8. FOR THE RECORD, Fernando J. Gaitan, Jr. Robert E. Larsen, Brian P. Casey, Patrick Daly have conspired to deny and deprive Denny-Ray: Hardin his counsel of choice in violation of the 6th Amendment and forced Denny-Ray: Hardin to retain Anita Burns as standby counsel who has engaged in "prosecutorial misconduct" with Robert E. Larsen and Brian P. Casey, thus violating Article I, Section 10 of the Constitution for the united States of America by impairing Denny-Ray: Hardin's right to contract with counsel of choice.

9. FOR THE RECORD, Fernando J. Gaitan, Jr. Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle have fraudulently asserted a right to interfere with commerce by threats and violence, to invalidate a lawful contract between Denny-Ray: Hardin and the "secretary of the treasury" without complaint signed by one of the "contracting parties" constituting a "breach of contracts" in clear violation of Article I, Section 10 of the Constitution for the united States of America thus impairing the "right to contract".

10. FOR THE RECORD, Nathan Holmes Vansickle has violated Article XI, Section 3 of the Constitution of Missouri as a corporate employee, who has utilized Kansas City SWAT to conduct a warrantless raid to steal papers and injure people while violating the home of Denny-Ray: Hardin in violation of the 4th Amendment.

11. FOR THE RECORD, Fernando J. Gaitan, Jr. Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle have repeatedly refused to accept Denny-Ray: Hardin is not a "corporate fiction", "dead", or a "trust" under the jurisdiction of the Federal District Court and violated Denny-Ray: Hardin's rights retained under the 9th Amendment.

12. FOR THE RECORD, Fernando J. Gaitan, Jr. Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle have acted on behalf of a "foreign state" to commence a criminal prosecution in clear violation of the 11th Amendment prohibiting any case commenced and prosecuted by a "foreign states" and refused Denny-Ray: Hardin's lawful status as an American National, and as "foreign agents" have proceeded in this cause without lawful authority or jurisdiction.

2

13. FOR THE RECORD, Fernando J. Gaitan, Jr. Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle are all employed by the government and as such in the interest of "National Security" must be reliable, trustworthy, of good character and conduct, and of complete unswering loyalty to the United States, this affidavit raises severe questions about these conspirators loyalties to the Constitution that should be investigated and determined if "treason" has been committed under Article III, Section 3 of the Constitution for the united States .

14. FOR THE RECORD, Fernando J. Gaitan, Jr. Robert E. Larsen, Brian P. Casey, Patrick Daly, Anita Burns and Nathan Holmes Vansickle have proceeded in this cause, since May 10th, 2010, over a year, without establishing personal, subject amtter or territorial jurisdiction in clear acts of denying "due process of law" in violation of the 5th Amendment, in clear acts of warring upon the Constitution and laws of the United States in clear "treason" under Article III, Section 3.

Records

The foregoing facts are supported by case number 4:10-cr-00131-FJG-1 in the"UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI" a civil court conducting a criminal prosecution without authority of law or jurisdiction. The officers of this court have abandoned law and usurped powers of an Article III court that are not authorized.

**Notice to agents is notice to principals Notice to principals is Notice to Agents Applications to all successors and assigns All are without excuse**

And further Affiant has nothing more to say at this time.

Submitted,

**"Explicitly reserving all Rights" UCC 1-308>1/207**

**Denny-Ray: Hardin, sui juris**

3

# AFFIDAVIT

Affiant, Denny-Ray: Hardin, Sui Juris, a natural Citizen of Missouri a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct complete and not misleading, the truth, the whole truth and nothing but the truth.

This Affidavit is dated June 29, 2011

**Explicitly All Rights reserved "without prejudice" UCC 1-308>1/207**

Denny-Ray: Hardin, Sui Juris

## NOTARY PUBLIC

STATE OF MISSOURI
JACKSON COUNTY

Subscribed and sworn to before Me, a Notary Public, the above signed ___Denny-Ray Hardin___ this __29__ day of __June__, 2011.

_____
Notary Public
My Commission Expires: __3/4/2012__

Diana Cowing - Notary Public
Notary Seal, State of
Missouri - Jackson County
Commission #08474228
My Commission Expires 3/4/2012

4

## Affidavit of Complaining Witness to Treason.

I, Melinda-Sue: Harrington, Sui Juris, one of the Sovereign people, a natural private woman within the Missouri state republic, being over the age of 21 and fully competent to conduct My affairs do attest and affirm, under penalty of perjury, this affidavit in support of the unconstitutional and unlawful actions of treason by Chief District Judge Fernando J. Gaitan, Jr.Chief district Magisstrate Judge Robert .E Larsen, U.S. Attorney Brian P. Casey,U.S Attorney Patrick Daly, Federal Public Defender Anita Burns and F.B.I. Special Agent Nathan Holmes Vansickle for criminal trespass on Denny-Ray: Hardin's unalienable Rights secured by both Federal and state constitutions to the person/actor Chief District Judge Fernando J. Gaitan, Jr.Chief district Magisstrate Judge Robert .E Larsen, U.S. Attorney Brian P. Casey,U.S Attorney Patrick Daly, Federal Public Defender Anita Burns and F.B.I. Special Agent Nathan Holmes Vansickle's Constitutional Oath of Office.

### Notice to agents is notice to principals Notice to principals is Notice to Agents Applications to all successors and assigns All are without excuse

1. Charge of Treason is herewith lodged against Chief District Judge Fernando J. Gaitan, Jr.Chief district Magisstrate Judge Robert .E Larsen, U.S. Attorney Brian P. Casey,U.S Attorney Patrick Daly, Federal Public Defender Anita Burns and F.B.I. Special Agent Nathan Holmes Vansickle for violation of Denny-Ray: Hardin's constitutionally secured unalienable Right to due process of law in accordance with the 5th Amendment, violation of His attempt of redress of grievance in accordance with the 1st Amendment and his constitutionally secured right to counsel in accordance with the 6th Amendment.

2. Treason is defined in the United States Constitution of 1789 in Article 3, § 3 and in Missouri's Constitution of 1820 in Article 2, § 9 to wit: "Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

3. On May 10, 2010, I Melinda-Sue: Harrington, witnessed Denny-Ray: Hardin state to the court he would proceed sui juris. I witnessed Chief District Magistrate Judge Robert E. Larsn state he would appoint Federal Public Defender Anita Burns as standby counsel over the objection of Denny-Ray: Hardin. Then violating Denny-Ray: Hardins Constitutionally secured Right according to the 6th Amendment appointed Anita Burns as counsel. Only HEARSAY SUBSTITUTES (lawyers) NOT under oath, have access to the courts, even though ONLY sworn testimony and evidence can be presented in court. Anything else is Bill of Attainder, NOT permitted under the U.S. Constitution (Article 1, Sections 9 and 10).

The U.S. Constitution does NOT give anyone the right to a lawyer or the right to counsel, or the right to any other HEARSAY SUBSTITUTE. The 6th Amendment is very SPECIFIC, that the accused ONLY has the Constitutionally secured Right to the ASSISTANCE of counsel and this ASSISTANCE of counsel CAN BE ANYONE THE ACCUSED CHOOSES WITHOUT LIMITATION.

4. On Several occasions in court hearings, I Melinda-Sue: Harrington, witnessed a personal attack on Denny-Ray: Hardin's, Constitutionally secured Rights to Counsel in accordance with the 6th Amendment. The Sixth Amendment to the U.S. Constitution, reading in pertinent part: "In all criminal prosecutions, the accused shall enjoy the right to ... have the Assistance of Counsel for his defence." Important here is that such conveys to the accused the right to "counsel" as opposed to the right to an "attorney." In fact, when the Sixth Amendment was enacted in 1791, there were no accredited law schools. To be sure, the oldest continuously operating law school in the United States is Harvard Law School, which was never founded until 1817, some 26 years later. That being, it cannot be said that the Sixth Amendment conveys the right to assistance from an attorney; instead it conveys the right to assistance of someone learned in law. Since attorneys have the benefit of laws making criminal legal assistance by non-attorney citizens, non-attorney Nationals should have the benefit of laws making criminal price gouging and ineffective assistance by lawyers.

5. On several occasions, I Melinda-Sue: Harrington, witnessed a personal attack on Denny-Ray: Hardin's Constitutionally secured Right to due process of law in accordance with the 5th Amendment when the challenge to jurisdiction was ignored by Chief District Judge Fernando J. Gaitan, Jr. Chief district Magisstrate Judge Robert .E Larsen, U.S. Attorney Brian P. Casey, U.S Attorney Patrick Daly, Federal Public Defender Anita Burns and F.B.I. Special Agent Nathan Holmes Vansickle.

6. On several occasions, I Melinda-Sue: Harrington, witnessed the personal attack on Denny-Ray: Hardin's challenge to jurisdiction when Chief District Judge Fernando J. Gaitan, Jr. Chief district Magisstrate Judge Robert .E Larsen, U.S. Attorney Brian P. Casey, U.S Attorney Patrick Daly, Federal Public Defender Anita Burns and F.B.I. Special Agent Nathan Holmes Vansickle warred on the constitution knowing that once jurisdiction is challenged all action is to cease, a denial of due process of law and Denny-Ray: Hardins Constitutionally secured Right in accordance with the 5th Amendment. To date this fraudulent cause has continued without jurisdiction being stated for the record. All Judges are deemed to know the law and all are without excuse.

7. On several occasions, I Melinda-Sue: Harrington, have witnessed the blatent violations of Denny-Ray: Hardin's Constitutionally secured Right in accordance with the 11th Amendment.

Eleventh Amendment

"The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State."

The Hearing Officer in charge is aware that the Eleventh Amendment removed all "Judicial Power" from this hearing, turning it into an Administrative hearing with no "judicial power" to rule in OR on law, equity, treaties, contract law OR issues between the State OR the UNITED STATES and its People. The Hearing Officer is aware, as is the Petitioner, that the authority delegated by Article III, Section 2 of the Constitution for the United States of America was amended and revoked by the Eleventh Amendment on February 5th, 1795.

8. On several occasions, I Melinda-Sue: Harrington have witnessed Chief District Judge Fernando J. Gaitan, Jr., Chief District Magistrate Judge Robert .E Larsen, U.S. Attorney Brian P. Casey, U.S Attorney Patrick Daly, Federal Public Defender Anita Burns and F.B.I. Special Agent Nathan Holmes Vansickle violate Denny-Ray: Hardin's Constitutionally secured Right of excessive bail, excessive fines and cruel and unusual punishment in violation of the 8th Amendment.

    Amendment 8 - Cruel and Unusual Punishment. Ratified 12/15/1791.

    Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

    I Melinda-Sue: Harrington have personally witnessed the after affects of Denny-Ray: Hardin's beating while being held in a Federal Bureau of Prisons facility. To date he has permenant nerve damage to his face where he suffered a broken jaw, broken nose and a fractured eye socket.

9. On November 4th, 2008, I Melinda-Sue: Harrington did personally witness Chief District Magistrate Judge Robert .E Larsen, U.S. Attorney Brian P. Casey and F.B.I. Special Agent Nathan Holmes Vansickle violate Denny-Ray: Hardin's Constitutionally secured Right in accordance with the 10th Amendment when Chief District Magistrate Judge Robert .E Larsenaided and abetted U.S. Attorney Brian P. Casey to authorized a search warrant without a signed complaint from an injured party to members of the F.B.I. to search his person and violate his home and family with the use of the Kansas City SWAT team. My daughters were personally threatened, interrogated and suffered bodily injuring during their Gestapo raid. Denny-Ray: Hardin and myself were verbally threatened and told to leave the premises while they destroyed and stole personal records, jewelry and money and terrorized our animals in the home. This use of Police Powers is also

in direct violation of all of our Constitutionally secured Right under Article XI, Section 3 of the Constitution of Missouri.

10. I Melinda-Sue: Harrington have witnessed the unlawful incarceration of Denny-Ray: Hardin since May 10th, 2010. This has cost his family thousands of dollars just to keep in contact with him. There have been months at a time in which no contact was allowed leaving his family to worry and wonder if Denny-Ray: Hardin was in fact "dead" or "alive".

To date: Denny-Ray: Hardin is being held in the CCA LEAVENWORTH DETENTION CENTER, a private "for profit" housing facility where thousands of Americans are being detained in violation of their Constitutionally secured Rights; without injured party or complaint signed under the penalty of perjury. Where there is no accusing party except Attorney's based on heresay. This has become the normal course of business in the courts of the UNITED STATES that has contributed to millions of children growing up in a single parent home; costing families millions of dollars to keep in contact with their loved ones and forcing many to make the choice to feed and cloth their children or stay in contact with their loved ones. I ask is this the America that our founding fathers formed when writing the Constitution for the united States of America that secured all rights of the people? The Rights of the people are bestowed upon them by their creator and the Constitutions and the Magna Carta are just the written words that secure those Rights!

Denny-Ray: Hardin has a natural, due process right, granted by the Creator, and as articulated in numerous historical documents including but not limited to, the original Constitutions for Missouri and / or the united states of America, Magna Charta, Northwest Ordinance, International Organization Immunities Act dated December 9, 1945, Charter Of The United Nations: June 26, 1945, The Foreign Sovereign Immunities Act, and numerous international treaties, to Habeas Corpus relief for immediate release from unlawful imprisonment. All the above named Documents are incorporated herein, in their entirety, by reference.

And further Affiant has nothing more to say at this time.

Submitted,

"Explicitly reserving all Rights" UCC 1-308>1/207



Melinda-Sue: Harrington

AFFIDAVIT

Affiant, Melinda-Sue: Harrington , Sui Juris, a natural Citizen of Missouri a common woman of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct complete and not misleading, the truth, the whole truth and nothing but the truth. The right to amend is reserved for the truth to be fully stated. This affidavit is being signed by Affiant's right thumbprint as to identify exactly who I am; NOT A CORPORATION.

This Affidavit is dated June 29, 2011

**Explicitly All Rights reserved "without prejudice" UCC 1-308>1/207**

Melinda-Sue: Harrington, Sui Juris

NOTARY PUBLIC

STATE OF MISSOURI
JACKSON COUNTY

Subscribed and sworn to before Me, a Notary Public, the above signed Melinda-Sue Harrington this 29 day of June, 2011.

_____
Notary Public
My Commission Expires: 3/4/2012

Diana Cowing - Notary Public
Notary Seal, State of
Missouri - Jackson County
Commission #08474228
My Commission Expires 3/4/2012